UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRI E. GILLESPIE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 19-cv-818-JPG

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny plaintiff Terri E. Gillespie's application for social security benefits is reversed, and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.  Judgment is entered in favor of plaintiff Terri E. Gillespie and against Defendant Commissioner of Social Security.

**Date: August 14, 2020**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**